**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AISHIA PETERSEN,

        Plaintiff,

v.                            Case No.    6:25-CV-522-GAP-UAM

EILEEN FISHER, INC.,

        Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary

Dismissal with Prejudice (Doc. 6)[1], and pursuant to Fed. R. Civ. P. 41(a),

it is hereby

**ORDERED** that this case is dismissed with prejudice, each party

to bear its own fees and costs.   Any pending motions are **DENIED** as

moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 25,

2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 3.01(j) Unless otherwise permitted by these rules, no party in a civil action may submit a proposed judgment or other order without leave.

Copies furnished to:
Counsel of Record
Unrepresented Parties